**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

13 JUL 17 PM 3:01

| UNITED STATES OF AMERICA, | CASE NO. 13cr0840-AJB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RICARDO JIMENEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21:952 and 960 - Importation of Heroin

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/12/13

Anthony J. Battaglia
U.S. Magistrate Judge